UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORID
TALLAHASSEE DIVISION

SAMUEL CHRISTOPHER GOLDEN,

    Plaintiff,

v.                                                                                                           4:23cv493–WS/MAF

RICKY DIXON, SEC'Y,
FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed December 20, 2023. The magistrate judge recommends that this case be dismissed without prejudice for maliciousness and abuse of the judicial process based upon Plaintiff's failure to disclose his litigation history completely and honestly. Plaintiff has filed objections (ECF No. 8) to the report and recommendation.

    Having reviewed the record in light of Plaintiff's objections, the court has concluded that the magistrate judge's report and recommendation should be

adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is ADOPTED and incorporated into this order by reference.

2. This action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) based on Plaintiff's failure to truthfully and completely disclose his prior litigation history.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this   24th   day of   January  , 2024.


                                s/ William Stafford
                                WILLIAM STAFFORD
                                SENIOR UNITED STATES DISTRICT JUDGE